REV 09/18

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:21-cr-00264

UNITED STATES OF AMERICA

V.

BRIAN KELSEY

(list each defendant appearing at hearing)

Judge: Waverly D. Crenshaw, Jr.

Hearing Date: November 22, 2022

Location: ☑ Nashville  ◯ Columbia  ◯ Cookeville

Court Reporter: Lise Matthews

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Amanda Klopf, David Pritchard, John Taddei

Defense Attorney(s): Paul Bruno, David Rivera, Jerry Martin

## TRIAL PROCEEDINGS

1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☑
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

- Defendant entered a plea of guilty to Counts 1 and 5 of the Indictment, and is adjudged guilty.
- Sentencing set for June 9, 2023, at 9:00 a.m.
- Order to enter.

Total Time in Court: 25 minutes

Clerk of Court
by: Kelly Parise