UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00264 |
| BRIAN KELSEY<br>JOSHUA SMITH | ) | |
| Defendant. | ) | |

## ORDER

Both Defendants and all counsel shall appear before this Court on **July 27, 2023,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE