IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| v. ) | CASE NO.: 3:21-cr-00264 |
| ) | |
| ) | |
| JOSHUA H. SMITH, et al. ) | |
| ) | |
| Defendant ) | |

MOTION FOR CLARIFICATION OF SENTENCING

COMES NOW Defendant, Joshua H. Smith by and through counsel of record, Phillip S. Georges, and seeks an order from the Court clarifying whether the sentencing of the Defendant, Joshua H. Smith, originally scheduled for July 27, 2023, at 1:00 p.m. is taking place. The Court on July 14, 2023, ordered that Defendant Smith is to appear with Defendant Kelsey on July 27, 2023, at 9:00 a.m., this appears due to the new motion filed by Defendant Kelsey. Defendant Smith is ready to proceed with sentencing, however the uncertainty of whether the sentencings are taking place is affecting the memorandum filings for both the USA and Defendant Smith, of which I have confirmed with the US Attorney's office. Defendant Smith appreciates any clarification that the Court can provide.

Respectfully Submitted,
PHILLIP S. GEORGES, PLLC

Electronically Signed by:
/s/ *Phillip S. Georges*
Phillip S. Georges, Esq.
SBN: 038360
501 Union St., Suite 200D
Nasvhille, TN 37219
Phone: 615-486-4115 x. 700
phil@wolfpacklawyers.com
*Counsel for Defendant Joshua H. Smith*

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed with the Clerk using the ECF system on the 19th day of July, 2023 to the following:

Amanda J. Klopf, Esquire
U.S. Attorney's Office (Nashville)
Middle District of Tennessee
719 Church St., Suite 3300
Nashville, TN 37203
Amanda.klopf@usdoj.gov

John P. Taddei, Esquire
U.S. Department of Justice
Public Integrity Section
1301 New York Ave. NW
Washington, DC 20530
John.taddei@usdoj.gov

David A. Warrington, Esquire
2121 Eisenhower Ave., Suite 608
Alexandria, VA 22314
dwarrington@dhillonlaw.com

David Pritchard, Esquire
Assistant United States Attorney
167 N. Main St., Suite 800
Memphis, TN 38103
david.pritchard2@usdoj.gov

Paul J. Bruno, Esquire
Evans, Bulloch, Parker PLLC
302 North Spring St.
PO Box 398
Murfreesboro, TN 37133
pauljbruno@bfhelaw.com

PHILLIP S. GEORGES, PLLC

/s/ *Phillip S. Georges*
Phillip S. Georges, Esq.
Counsel for Defendant Joshua H. Smith