UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00264-2 |
| JOSHUA SMITH | ) | |
| Defendant. | ) | |

## ORDER

Before the court is Defendant Joshua H. Smith's Motion for Clarification of Sentencing (Doc. No. 123). The sentencing hearing currently scheduled for July 27, 2023, at 1:00 is CANCELLED, and will be reset at the status conference on **July 27, 2023** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE