UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:21-cr-00264 |
| BRIAN KELSEY<br>JOSHUA SMITH | ) |
| Defendant. | ) |

## ORDER

Defendant Brian Kelsey's Motion for Leave to Appear Remotely (Doc. No. 125) as to counsel David A. Warrington, is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE