UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:21-cr-00264-2 |
| v. | ) | |
| | ) | Chief Judge Crenshaw |
| JOSHUA SMITH | ) | |

**POSITION OF THE UNITED STATES REGARDING PRESENTENCE REPORT**

The United States, through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, Assistant United States Attorney Amanda J. Klopf, Corey R. Amundson, Chief of the Public Integrity Section of the United States Department of Justice, Trial Attorney John P. Taddei, Reagan Fondren, First Assistant United States Attorney for the Western District of Tennessee, and Assistant United States Attorney David Pritchard (collectively, "United States" or "government"), hereby provides its position regarding the Revised Presentence Investigation Report ("PSR") and sentencing for defendant Joshua Smith.

The United States does not have any objections to the defendant's PSR. The defendant's total offense level is 12, and his Criminal History Category is Category I, which places the defendant in the advisory Guidelines custodial range of 10 to 16 months.

1

Respectfully submitted,

| | |
|---|---|
| HENRY C. LEVENTIS<br>United States Attorney<br>Middle District of Tennessee | COREY R. AMUNDSON<br>Chief<br>Public Integrity Section |

By:  By:

/s/ Amanda J. Klopf_____  /s/ John P. Taddei_____
AMANDA J. KLOPF  JOHN P. TADDEI
Assistant U.S. Attorney  Trial Attorney
110 Ninth Avenue South, Suite A-961  1301 New York Ave. NW
Nashville, TN 37203  Washington, DC 20530
(615) 736-5151  (202) 514-3885
Email: amanda.klopf@usdoj.gov  Email: john.taddei@usdoj.gov

REAGAN FONDREN
Attorney for the United States, Acting
under Authority
Conferred by 28 U.S.C. § 515
Western District of Tennessee

By:

/s/ David Pritchard_____
DAVID PRITCHARD
Assistant U.S. Attorney
Western District of Tennessee
167 North Main Street, Suite 800
Memphis, TN 38103
(901) 544-4231
Email: david.pritchard2@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing filing was electronically filed with the Clerk on August 4, 2023, and service was made upon all persons registered in that case via CM/ECF and/or by email.

/s/ Amanda J. Klopf_____
AMANDA J. KLOPF
Trial Attorney