# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) No. 3:21-cr-00264-1 |
| | ) |
| **BRIAN KELSEY,** | ) |
|       **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that Brian Kelsey, defendant named above, hereby appeals to the U.S. Court of Appeals for the Sixth Circuit from the final judgment filed in this criminal action on the 16th day of August, 2023. (Doc. 115.)

This 21st day of August, 2023.

                                      Respectfully submitted,

                                      J. Alex Little (TN Bar #29858)
                                      Zachary Lawson (TN Bar #036092)
                                      Burr & Forman LLP
                                      222 Second Avenue South, Suite 2000
                                      Nashville, TN 37201
                                      Telephone: 615-724-3203
                                      Facsimile: 615-724-3303
                                      alex.little@burr.com
                                      *Counsel for Brian Kelsey*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served on the attorneys of record via the Court's Electronic Case Filing System on this 21st day of August, 2023.

_____
J. Alex Little