UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:21-cr-00264-1 |
| | ) |
| BRIAN KELSEY | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Government shall respond to Defendant's Motion for Bail Pending Appeal (Doc. No. 165) on or before **September 6, 2023,** and Defendant may file an optional reply brief by **September 11, 2023.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE