UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:21-cr-00264 |
| BRIAN KELSEY | ) | |
| Defendant. | ) | |

# ORDER

Brian Kelsey's Motion for Bail Pending Appeal (Doc. No. 165) is set for oral argument on Thursday, **September 21, 2023,** at 1:00 pm.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE