UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO.: 3:21-cr-00264 |
| ) | |
| JOSHUA H. SMITH, ) | |
| ) | |
| Defendant ) | |

## ORDER

Joshua Smith's Motion for Return Property (Doc. No. 162) and Motion to Ascertain Status (Doc. No. 175) are **DENIED**. Under the terms of his supervised release, Smith must obtain prior approval from the Court before traveling outside this district. He has not shown the need for physical possession of his passport before that time.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE