

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Inv. Analyst*
*719 Church Street, Suite 2500*
*Nashville, TN 37203*

August 30, 2024

Brian Kelsey
USMS #: 72146-509
Case No. 3:2021-cr-00264

RE: NOTICE OF DESIGNATION

Mr. Kelsey,

    This letter is to advise you that the Bureau of Prisons has designated you **FCI ASHLAND SATELLITE CAMP, STATE ROUTE 716, ASHLAND, KY 41105** to serve the sentence ordered by the United States District Court, Middle District of Tennessee in

    You are to report to **FCI ASHLAND SATELLITE CAMP**, no later than **2:00 PM, Tuesday, October 1, 2024**.  You may find information regarding your designation facility at **www.bop.gov/locations**.

    If you are unable to turn yourself into the designated Bureau of Prisons facility, you may turn yourself into the closest U.S. Marshals Service Office.  Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

    Please feel free to call our office should you need any further assistance.  Our office number is (615) 750-1434.


                                                          Denny W. King
                                                          U. S. Marshal


                                                          Katrina Burch
                                                          Investigative Analyst