> Motion (190) is **GRANTED** and Joy Boyd Longnecker is substituted as counsel of record for Defendant
>
> */s/ Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) No. 3:21-CR-264 |
| v. | ) |
| BRIAN KELSEY | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Brian Kelsey hereby moves this Court pursuant to Local Rule 57.01 to substitute Joy Boyd Longnecker as his counsel of record in the above-captioned proceedings. Defendant also requests that all future pleadings and correspondence be sent to Ms. Longnecker at her address below. Defendant's prior counsel, J. Alex Little and Zachary Lawson, do not oppose this motion. Undersigned counsel has also conferred with counsel for the United States, John Taddei, and the government does not oppose this motion, either.

Respectfully submitted,

**BARNES & THORNBURG LLP**

*/s/ Joy Boyd Longnecker*
Joy Boyd Longnecker (TN BPR #029627)
1600 West End Avenue, Suite 800
Nashville, TN  37203-3494
Tel. (615) 621-6012
Fax (615) 621-6099
Email: joy.longnecker@btlaw.com

*Counsel for Defendant*