**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 23, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

      Re:  Case No. 23-5755/23-5756, *USA v. Brian Kelsey*
           Originating Case No. 3:21-cr-00264-1

Dear Clerk,

    Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Virginia Lee Padgett
                                Case Manager
                                Direct Dial No. 513-564-7032

cc: Mr. Zachary Carter Lawson
    Mr. J. Alex Little
    Mr. Ethan A. Sachs
    Mr. J. Kent Wicker

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-5755/23-5756

_____

Filed: January 23, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRIAN KELSEY

    Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 07/08/2024 the mandate for this case hereby issues today.

 COSTS:  None