UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:21-cr-00264-1 |
| BRIAN KELSEY, | ) | |
| Defendant. | ) | |

## ORDER

On January 23, 2025, Defendant Brian Kelsey filed an Emergency Motion for Release Pending Decision on His Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 197), which he also filed on the same day (see Doc. No. 200). Defendant says that if the Court does not order his release pending resolution of his § 2255 motion, "the U.S. Marshal's Service will order Mr. Kelsey to report to prison in thirty days." (Doc. No. 198 at 4). Accordingly, the Government **SHALL** file a response to Defendant's Motion for Release (Doc. No. 197) on or before **January 30, 2025**. Defendant may file an optional Reply on or before **February 4, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE