

**U.S. Department of Justice**

United States Marshals Service

*Attn: Katrina Burch, Inv. Analyst*
*719 Church Street, Suite 2500*
*Nashville, TN 37203*

January 23, 2025

Brian Kelsey
USMS #: 72146-509
Case No. 3:2021-cr-00264

RE: NOTICE OF DESIGNATION

Mr. Kelsey,

    This letter is to advise you that the Bureau of Prisons has designated you **FCI ASHLAND SATELITTE CAMP, STATE ROUTE 716, ASHLAND, KY 41105** to serve the sentence ordered by the United States District Court, Middle District of Tennessee.

    You are to report to **FCI ASHLAND SATELITTE CAMP**, no later than **2:00 PM, Monday, February 24, 2025**. You may find information regarding your designation facility at **www.bop.gov/locations**.

    If you are unable to surrender to the designated facility listed above, you are to surrender to your local U.S. Marshals office by 12:00 pm local time. Please be advised that failure to report for the service of your sentence as ordered by the court could result in an additional charge.

    Please feel free to call our office should you need any further assistance. Our office number is (615) 750-1434.

                                                 Denny W. King
                                                 U. S. Marshal

                                                 Katrina Burch
                                                 Investigative Analyst