UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:21-cr-00264-1 |
| BRIAN KELSEY, | ) | |
| Defendant. | ) | |

### ORDER

For administrative purposes, the Clerk **SHALL** open a new civil case for Defendant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255. (Doc. No. 200). Defendant's motion arises under § 2255, which is an independent civil suit, not a matter to be dealt with within the criminal case. The Clerk shall transfer the following files (along with any attachments) from the above-captioned criminal case and file them in the newly opened civil case: Doc. Nos. 199, 200, 201, 202, 211, and 212, plus any entries that were not given a docket number, but that concern Defendant's manual filing on January 23, 2025. Any future filings related to Defendant's § 2255 Motion shall be filed in the new civil case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE