UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRIAN KELSEY,<br><br>    Defendant. | No. 3:21-cr-00264-1 |

### NOTICE OF APPEAL BY BRIAN KELSEY

    Defendant Brian Kelsey appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order (R. 215) entered on February 18, 2025, denying his Emergency Motion for Release Pending Decision on His Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255.

    The parties and their attorneys are as follows:

| Defendant/Appellant | Counsel |
|---|---|
| Brian Kelsey | Kent Wicker<br>WICKER / BRAMMELL PLLC<br>323 W. Main Street, 11th Floor<br>Louisville, KY 40202<br>(502) 780-6185<br>kent@wickerbrammell.com |
| Plaintiff/Appellee | Counsel |
| United States of America | ROBERT E. MCGUIRE<br>Acting United States Attorney<br>Middle District of Tennessee |

|  | Kathryn W. Booth<br>Assistant U.S. Attorney<br>719 Church Street, Suite 3300<br>Nashville, TN 37203<br>(615) 736-5151<br>Kathryn.booth@usdoj.gov<br><br>David Pritchard<br>Assistant U.S. Attorney<br>Western District of Tennessee<br>167 North Main Street, Suite 800<br>Memphis, TN 38103<br>(901) 544-4231<br>David.pritchard2@usdoj.gov<br><br><br>JOHN D. KELLER<br>Acting Chief<br>Public Integrity Section<br><br>John P. Taddei<br>Trial Attorney<br>1301 New York Ave. NW<br>Washington, DC 20530<br>(202) 514-3885<br>John.taddei@usdoj.gov |
|---|---|

Respectfully submitted,

*/s/ Kent Wicker*
Kent Wicker
WICKER / BRAMMELL PLLC
323 West Main Street, 11th Fl.
Louisville, KY 40202
kent@wickerbrammell.com
*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the United States District Court for the Middle District of Tennessee and served upon counsel of record by using the CM/ECF System on this 21st day of February, 2025.

                                    */s/ Kent Wicker*
                                      Kent Wicker