> Motion (220) is **GRANTED** and the Clerk shall release Brian Kelsey's passport to his attorney, Joy Boyd Longnecker.
>
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff / Respondent, | |
| v. | No. 3:21-cr-00264-1 |
| **BRIAN KELSEY,** | |
| Defendant / Movant. | |

## NOTICE OF PRESIDENTIAL PARDON AND UNOPPOSED MOTION FOR AN ORDER TO RELEASE DEFENDANT BRIAN KELSEY'S PASSPORT

Defendant/Movant Brian Kelsey, by and through his undersigned counsel, files the following notice of a presidential pardon and unopposed motion seeking the release of Mr. Kelsey's passport. As grounds, Mr. Kelsey states:

1. Mr. Kelsey was indicted for various campaign finance-related offenses on October 22, 2021. Mr. Kelsey was released on his own recognizance, subject to the conditions set forth in the Order Setting Conditions of Release entered on November 1, 2021. *See* ECF 13. Standard Condition (6)(d) in the Order required Mr. Kelsey to surrender his passport to the United States District Court Clerk for the Middle District of Tennessee ("Clerk's Office"), and he did so. *Id.* at 2. Mr. Kelsey's passport remains with the Clerk's Office as of today, as undersigned counsel confirmed through a phone call to the Clerk's Office on March 14, 2025.

2. On August 11, 2023, this Court sentenced Mr. Kelsey to twenty-one (21) months of incarceration with three (3) years of supervised release. *See* ECF 155. Mr. Kelsey was permitted to remain on bail pending appeal. *See, e.g.,* ECF No. 177. Once Mr. Kelsey's appeals were exhausted and this Court's judgment became final, Mr. Kelsey was ordered to, and did, report to FCI Ashland Satellite Camp on February 24, 2025. *See* ECF 206.